# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1988
Lower Tribunal No. 2011-DR-009110

_____

ALVIN LAMAR,

Appellant,

v.

KAYTOYA EVERETT,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

February 14, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

SMITH and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Alvin Lamar, Lakeland, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED